# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 4, 2019

156583 & (31)(32)

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

KEVIN DESHAWN SYKES,
        Defendant-Appellant.

SC: 156583
COA: 338845
Wayne CC: 02-003223-FC

_____/

On order of the Court, the motion for miscellaneous relief is GRANTED. The application for leave to appeal the August 24, 2017 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D). The motion to remand is DENIED.





I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 4, 2019

Clerk

a0128